**Helen FRANCIS, Plaintiff–Appellant,**

v.

**The BLAIKIE GROUP, Defendant–
Appellee.**

No. 05–5396.

United States Court of Appeals,
Second Circuit.

April 18, 2006.

Helen Francis, Montclair, NJ, for Plaintiff–Appellant, pro se.

Louis Pechman, Berke–Weiss & Pechman New York, NY, for Defendant–Appellee.

Present: Hon. JON O. NEWMAN, Hon. ROBERT A. KATZMANN, and Hon. REENA RAGGI, Circuit Judges.

**SUMMARY ORDER**

Plaintiff-appellant Helen Francis, *pro se*, appeals from the judgment of the United States District Court for the Southern District of New York (Marrero, *J.*) entered pursuant to an unreported Decision and Order dated June 6, 2005. The parties' familiarity with the facts is assumed. For substantially the reasons stated in the District Court's Decision and Order, Francis's complaint was properly dismissed because her claims are time-barred. An independent evaluation of the record and relevant case law reveals no errors in the District Court's decision to dismiss Francis's claims.

The judgment of the district court is **AFFIRMED.**